IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION FILE NO.: 5:13-cv-00633-BO

| STATE OF NORTH CAROLINA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CONSENT ORDER** |
| ALCOA POWER GENERATING, INC., | ) | |
| Defendant. | ) | |

This cause comes before the Court on a Joint Consent Motion to Dismiss Plaintiff-Intervenor Yadkin Riverkeeper, Inc. and for Leave for Plaintiff-Intervenor Yadkin Riverkeeper, Inc. to Participate as Amicus Curiae. All parties join and consent to the Motion. The Court rules that the Motion is meritorious and should be granted.

It is therefore ORDERED that the Motion is GRANTED.

It is further ORDERED that Yadkin Riverkeeper, Inc. is DISMISSED as a party.

It is further ORDERED that Yadkin Riverkeeper, Inc. is GRANTED LEAVE to participate as amicus curiae in briefing merits issues related to substantive Motions to Dismiss and for Summary Judgment.

SO ORDERED, this 6 day of January, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE