IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:13-CV-633-BO

| | |
|---|---|
| THE STATE OF NORTH CAROLINA, by and through its agency, the NORTH CAROLINA DEPARTMENT OF ADMINISTRATION,<br>　　　　Plaintiff,<br><br>　　v.<br><br>ALCOA POWER GENERATING, INC.,<br>　　　　Defendant. | ORDER GRANTING<br>JOINT MOTION FOR MODIFICATION<br>OF DISCOVERY DEADLINES |

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, after considering the Order on Discovery Plan entered in this matter and the Joint Motion for Modification of Discovery Deadlines, and for good cause shown, the Court imposes the following revised deadlines in the above styled case:

| | |
|---|---|
| Plaintiff's reports from retained experts under Fed. R. Civ. P. 26(a)(2)(D) | May 1, 2014 |
| Defendant's reports from retained experts under Fed. R. Civ. P. 26(a)(2)(D) | June 1, 2014 |

SO ORDERED, this 3 day of april, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE