IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-633-BO

| | |
|---|---|
| STATE OF NORTH CAROLINA, ) | |
| Plaintiff ) | |
| ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ALCOA POWER GENERATING, INC., ) | |
| Defendant. ) | |

This cause comes before the Court on a joint motion to modify the scheduling order to allow witness lists, a joint pretrial order, and objections under Fed. R. Civ. P. 26(a)(3)(B) to be filed before the pretrial conference.

For good cause shown, the motion [DE 117] is GRANTED. The scheduling order previously entered in this matter is modified as follows.

Final lists of witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) shall be due not later than September 12, 2014.

The parties shall have until September 26, 2014, to list objections under Fed. R., Civ. P. 26(a)(3)(B).

The pretrial report shall be due on October 1, 2014.

A pretrial conference shall be held on October 15, 2014.

SO ORDERED, this __4__ day of September, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE